# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sheila Herman,<br><br>             Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>             Defendant. | **NO. CV-23-01269-PHX-JJT**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 3, 2024, the Decision of the Commissioner of Social Security is AFFIRMED and this action is hereby terminated.

                                              Debra D. Lucas
                                              District Court Executive/Clerk of Court

September 3, 2024

                                              s/ D. Draper
                                      By   Deputy Clerk